| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | Scott A. Bursor (State Bar No. 276006)<br>L. Timothy Fisher (State Bar No. 191626) |
| 3 | Annick M. Persinger (State Bar No. 272996)<br>Yeremey O. Krivoshey (State Bar No. 295032) |
| 4 | 1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596 |
| 5 | Telephone: (925) 300-4455 |
| 6 | Facsimile: (925) 407-2700<br>E-Mail:  scott@bursor.com |
| 7 |               ltfisher@bursor.com<br>              apersinger@bursor.com |
| 8 |               ykrivoshey@bursor.com |
| 9 | *Attorneys for Plaintiff* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK BROWN, on Behalf of Himself and all Others Similarly Situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>COMCAST CORPORATION,<br><br>                              Defendant. | Case No.  16-cv-00264-AB (SPx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Andre Birotte, Jr. |

IT IS HEREBY STIPULATED among Plaintiff Malik Brown and Defendant Comcast Corporation that, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims are hereby dismissed with prejudice.  All class claims in the lawsuit are dismissed without prejudice.  As Plaintiff has not moved for class certification and no class has been certified, court approval is not required as to dismissal of any claims asserted on behalf of putative class members.  Each party shall bear his/its own costs, expenses, and attorney's fees related to this action.

Dated: January 25, 2017                    BURSOR & FISHER, P.A.

                                            By:   */s/ Yeremey Krivoshey*
                                                  Yeremey Krivoshey

                                            Attorney for Plaintiff

Dated: January 25, 2017                    DRINKER BIDDLE & REATH LLP

                                            By:   */s/ Michael W. McTigue Jr.*
                                                  Michael W. McTigue Jr.

                                            Attorney for Defendant

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4(a)(2), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

                                            */s/ Yeremey Krivoshey*
                                            Yeremey Krivoshey