

FILED

JAN 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MALIK BROWN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff-Appellee,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>      Defendant-Appellant. | No.   16-56204<br><br>D.C. No.<br>5:16-cv-00264-AB-SP<br>Central District of California,<br>Riverside<br><br><br>ORDER |

Appellant's stipulated motion (Docket Entry No. 4) to voluntarily dismiss this appeal pursuant to Fed. R. App. P. 42 (b) is granted. The parties shall bear their own costs and fees on appeal.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7

SM/Pro Mo/1/27/2017